UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David Yisrael,

Plaintiff,

v.

Jeannice M. Reding et al.,

Defendants.

Case No. 20-cv-1744 (WMW/DTS)

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

---

This matter is before the Court on the May 3, 2021 Report and Recommendation
(R&R) of United States Magistrate Judge David T. Schultz.  (Dkt. 21.)  No objections to
the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R
for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir.
1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

**ORDER**

Based on the R&R and all the files, records, and proceedings herein, **IT IS
HEREBY ORDERED**:

1.      The May 3, 2021 R&R, (Dkt. 21), is **ADOPTED**.

2.      Defendant Kevin Bieging's motion to dismiss, (Dkt. 8), is **GRANTED**.

3.      All federal claims against all defendants are **DISMISSED WITHOUT
PREJUDICE**.

4.     The Court declines to exercise supplemental jurisdiction over any state-law

claims and those state-law claims are **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  June 24, 2021                                           s/Wilhelmina M. Wright
                                                                Wilhelmina M. Wright
                                                                United States District Judge